# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**J.H.,** the Mother, and **L.S.,** the Father,
Appellants,

v.

## DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM PROGRAM
Appellees.

Nos. 4D18-3803, 4D19-6, and 4D19-540

[May 23, 2019]

Consolidated appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Murphy, Judge; L.T. Case No. 2014DP300119.

Thomas J. Butler of Thomas Butler, P.A., Miami Beach, for appellant J.H., the Mother.

Gary L. Pickett, West Palm Beach, for appellant L.S, the Father.

Andrew Feigenbaum of Children's Legal Services, West Palm Beach, for appellee Department of Children and Families.

Thomasina Moore, Statewide Director of Appeals, Tallahassee, and Gillian N. Leytham of The Leytham Group, Tampa, for appellee Guardian ad Litem Program.

PER CURIAM.

*Affirmed.*

WARNER, FORST and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***